United States District Court
Southern District of Texas
**ENTERED**
September 18, 2019
David J. Bradley, Clerk

United States District Court  Southern District of Texas

| | | |
|---|---|---|
| Frank B. Greenway and Marie G. Greenway, | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action H-19-01926 |
| Portfolio Recovery Associates, LLC, et. al, | § § § § | |
| Defendants. | § | |

## Memorandum and Recommendation

Plaintiffs filed a motion to compel arbitration. (D.E. 21.) In deciding whether to compel arbitration, the court must first determine if an agreement to arbitrate exists. *Mitsubishi Motors Corp. v. Soler-Chrysler Plymouth, Inc.*, 473 U.S. 614, 626 (1985). Absent such an agreement, the court cannot compel arbitration. *Dean Witter Reynolds, Inc. v. Clements, O'Neill, Pierce & Nickens, L.L.P.*, No. H-99-cv-1882, 2000 WL 36098499 at *3 (S.D. Tex. Sept. 8, 2000) (collecting cases).

There is no evidence that the parties entered into an agreement to arbitrate. The court therefore recommends that the motion to compel arbitration be denied.

The parties have fourteen days from service of this Memorandum and Recommendation to file written objections. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140,

147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on September 18, 2019.

_____
Peter Bray
United States Magistrate Judge